SUSAN J. SALEHI  SBN 154946
LAW OFFICES OF SUSAN J. SALEHI
3639 E. HARBOR BLVD., #103
VENTURA, CA  93001
Telephone: (805) 654-1467
Fax: (805) 830-0387

ATTORNEYS FOR DEBTORS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HUNTER and LENORA HUNTER,<br><br>        Debtors. | Case No.: 10-13293-B-13K<br><br>Chapter 13<br><br>SJS-1<br><br>MOTION FOR PERMISSION TO MODIFY HOME LOAN<br><br>DATE: July 2, 2013<br>TIME: 1:00 pm<br>DEPT: 1300 18th Street<br>         Bakersfield, CA |

     PLEASE TAKE NOTICE that on July 2, 2013, at 1:00 pm or as soon thereafter as the matter may be heard, the debtors, THOMAS HUNTER and LENORA HUNTER, by and through their attorney, Susan J. Salehi, will bring on for hearing a Motion for Permission to Modify Home Loan at the United States Bankruptcy Court located at 1300 18th Street in Bakersfield, California.

     Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of

2 Pages

The debtors are current with their plan payments. The loan modification will not adversely affect their ability to make their plan payments or other financial obligations.

WHEREFORE. The debtors pray that the motion be granted.

DATED: June 2, 2013         LAW OFFICE OF SUSAN J. SALEHI

_____
SUSAN J. SALEHI, Attorney for Debtors

2 Pages

EXHIBIT "A"

May 22, 2013

Susan J. Salehi
3639 E Harbor Blvd #103
Ventura, CA 93001

Subject: Loan modification proposal
Borrower(s): **Thomas Hunter and Lenora Hunter**
Bankruptcy No.: 10-13293
Account No.: 0073083354
Property Address: 4307 Lockwood Drive
Bakersfield, CA 93312

**Account Information**

| | |
|---|---|
| Fax: | 1-866-359-7234 |
| Telephone: | 1-877-393-3751 x 32031 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon-Fri, 8 a.m. - 5 p.m. CST |
| Loan number: | 0073083354 |
| Property address: | 4307 Lockwood Drive |
| | Bakersfield, CA 93312 |

Dear Susan J. Salehi:

We have received consent from your office to discuss workout options with your client. We can offer your client a plan that we hope is workable to both parties.

The modification we propose includes the following changes:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Principal Balance | $280,745.63 | Post Modification Unpaid Principal Balance | $253,000.00 |
| Current Maturity Date | 06/01/2037 | Post Modification Maturity Date | 05/01/2053 |
| Current Term (in months) | 289 | Post Modification Term (in months) | 480 |
| Current Payment Due Date | 10/01/2012 | Post Modification Due Date | 06/01/2013 |
| Current Principal and Interest | $1,860.70 | Post Modification Principal and Interest | $1,057.38 |
| Current Payment Amount | $2,311.98 | Estimated Post Modification Payment Amount | $1,508.66 |
| Amount Capitalized | $13,359.70 | Deferred Principle Balance | $41,105.33 |
| Current Interest Rate | 6.250% | Post Modification Interest Rate | 4.000% |

**Your important next steps**
Please review the proposal with your client. If the terms meet your approval, the next step is to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. Your client will need to continue to make their trial period payments if if applicable while we are waiting for consent from the court. When you receive written consent, please forward it to my attention. Once received, we will send the loan documents to you and your attorney for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward to us a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.
**Approval of the loan modification is contingent on court consent or release of the case.**

**If your client is seeking a reaffirmation**
If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because

requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

**Call me today if you have any questions**
If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely,

Home Preservation Bankruptcy Specialist
Anthony D'Antuono
1-877-393-3751 ext 32031

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801